UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| KELVIN OTUNYO, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2: 24-227-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. ATTORNEY GENERAL, et al., | ) | **MEMORANDUM ORDER** |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

When he filed this action, petitioner Kelvin Otunyo was held at the Boone County Jail in Burlington, Kentucky pursuant to an immigration order. *See* [Record No 1 at 1.] The Department of Justice's Executive Office for Immigration Review indicates that Otunyo had appealed an immigration judge's entry of an order of removal.[1] Pending that appeal, Otunyo challenged his continued detention by United States Immigrations and Customs Enforcement. [Record No 1 at 1-5.] He sought habeas corpus relief pursuant to 28 U.S.C. § 2241 to compel an unnamed immigration official to hold an individualized bond hearing as purportedly required by 8 C.F.R. § 3.19(h)(2)(ii); Otunyo did not seek release from custody. *See id*.

The Court ordered Otunyo to pay the required filing fee and to file a new petition that clarified the factual and legal basis for his claims. [Record No. 5.] As directed, Otunyo filed an amended petition. [Record No. 7.]

---

[1] Current case information can be obtained from EOIR's Automated Case Information website at https://acis.eoir.justice.gov/en/caseInformation (accessed February 20, 2025).

However, the Boone County Jail's website indicates that Otunyo is no longer in its custody.[2]  The Federal Bureau of Prisons' website indicates that Otunyo is now confined at the Federal Correctional Institution in Leavenworth, Kansas.[3]  Otunyo's transfer outside this Court's jurisdiction renders habeas relief unavailable in this forum.  *See White v. Gilley*, No. 6:23-CV-110-CHB, 2023 WL 5987206, at *3 (E.D. Ky. Sept. 13, 2023) (explaining that "the habeas court's ability to retain jurisdiction over a petition after the prisoner is transferred hinges upon the continued within-district presence of an official who could grant habeas relief") (collecting cases).   Further, Otunyo's transfer to a federal prison suggests circumstances may or likely have materially changed.

In light of the foregoing, the Court will dismiss the petition, without prejudice to Otunyo's right to seek relief in a forum appropriate to his place of confinement and the relief he seeks.  Accordingly, it is hereby

**ORDERED** as follows:

1.      The Clerk shall update the docket to reflect Otunyo's current mailing address:

>       Kelvin Otunyo #96020-007
>       FCI Leavenworth
>       Federal Correctional Institution
>       P.O. BOX 1000
>       Leavenworth, KS   66048

2.      Otunyo's amended petition [Record No. 7] is **DISMISSED** without prejudice.

3.      This matter is **STRICKEN** from the docket.

---

[2] *See* https://www.boonecountyky.org/government_administration/county_government/jailer/inmates.php (accessed February 20, 2025).

[3] *See* https://www.bop.gov/inmateloc/ (accessed February 21, 2025).

-3-

Dated: February 24, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky